M. Craig Murdy, #007108
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Craig.Murdy@lewisbrisbois.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAY HOTRUM, | Case No. 2:15-cv-00775-LDG-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |
| vs. | |
| EDGEWATER GAMING, LLC; DOES I through V; and ROE CORPORATIONS VI through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant, Edgewater Gaming, LLC, and Plaintiff Jay Hotrum, by and through their undersigned counsel, hereby stipulate as follows:

1. On April 27, 2015, Defendant Edgewater Gaming, LLC filed a Petition for Removal under 28 U.S.C. § 1441(B) (Doc. 1).

2. On May 13, 2015, Plaintiff Jay Hotrum filed a Motion to Remand (Doc. 8).

3. Pursuant to Fed. R. Civ. P. 6(c)(2), a response is due within 14 calendar days or June 1, 2015.

4. The parties agree, subject to Court's approval, Defendant may have an extension of time to file its response to Plaintiff's Motion to Remand until on or before June 5, 2015.

///
///
///
///

4830-4047-0564.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

1   5. Good cause exists for providing Defendant with an extension of time to file a response.

DATED this  2nd  day of June, 2015.

| V ANNAH  &  V ANNAH | L EWIS  B RISBOIS  B ISGAARD  &  S MITH LLP |
|---|---|
| */s/ John Greene*<br>Robert D. Vannah<br>Nevada Bar No. 002503<br>John B. Greene<br>Nevada Bar No. 004279<br>400 S. 7th Street, 4th Floor<br>Las Vegas, Nevada  89101<br>*Attorneys for Plaintiff* | */s/ Craig Murdy*<br>M. Craig Murdy<br>Nevada Bar No. 007108<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada  89118<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

DATED: _____15_____ June 2015

4830-4047-0564.1

2