AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Jay Hotrum

    Plaintiff,

V.

Edgewater Gaming, LLC

    Defendant.

**JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES**

Case Number: 2:15-cv-00775-LDG-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorneys fees are awarded in favor of Defendant Edgewater Gaming, LLC and against Jay Hotrum in the amount of $23, 280.50.

3/2/2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Monica Reyes

(By) Deputy Clerk